**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

**BRUCE JAMES**                                    CIVIL ACTION NO.**2:25-cv-1785**_
Plaintiff,

**v.**

                                                   JUDGE _____

**BALDWIN MOTORS, INC.**
Defendant.                                         MAGISTRATE JUDGE _____

<u>**COMPLAINT FOR DAMAGES**</u>
(Jury Trial Demanded)

## I.      INTRODUCTION

This is an employment discrimination action brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and Louisiana Revised Statutes § 23:301 et seq. Plaintiff, Bruce James, a Black male, was subjected to ongoing racial harassment, discriminatory employment practices, and retaliatory conduct while employed at Baldwin Motors, Inc. Despite repeated internal complaints and notice to management, the Defendant failed to take adequate remedial action, ultimately resulting in Plaintiff's constructive discharge.

## II.     JURISDICTION AND VENUE

1.  This Court has jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 1981.

2.  This Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

3.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as the events giving rise to these claims occurred in St. Tammany Parish, Louisiana.

4. Plaintiff timely filed an EEOC Charge of Discrimination and received a Notice of Right to Sue on June 2, 2025.

## III. PARTIES

5. Plaintiff, Bruce James, is an adult Black male resident of Louisiana who was employed at Baldwin Motors, Inc. in Covington.

6. Defendant, Baldwin Motors, Inc., is a Louisiana corporation authorized to do business in the State of Louisiana, with its principal place of business located at 1730 N Hwy 190, Covington, Louisiana 70433.

## IV. FACTUAL ALLEGATIONS

7. Plaintiff was hired on July 3, 2023, as a Product Specialist at Baldwin Motors, where he quickly became a top-performing employee.

8. Prior to joining Baldwin, Plaintiff worked with Sales Manager Cody Jones at Paretti Imports, where they maintained what Plaintiff believed to be a friendly working relationship.

9. The sales environment at Paretti was more diverse and inclusive. Although Mr. Jones made occasional offhand remarks that Plaintiff found mildly offensive, Plaintiff initially interpreted them as poor attempts at humor, not overtly hostile or racially motivated.

10. Upon Mr. Jones's encouragement, Plaintiff applied to Baldwin Motors with the understanding that he would have an opportunity for professional growth, fair compensation, and eventual advancement into management. Mr. Jones's representations played a material role in Plaintiff's decision to join Baldwin Motors

11. Plaintiff was hired on or about July 3, 2023, and rapidly became one of the dealership's top performers.

12. Less than one week into Plaintiff's employment, Plaintiff asked Mr. Jones to tone down his racial jokes. Mr. Jones apologized, stating that any issues should be discussed in person going forward.

13. Mr. Jones's conduct escalated, including frequent racial jokes, inappropriate comments about Black women, and efforts to assign Plaintiff to primarily Black customers.

14. On September 19, 2023, Mr. Jones stated that 'after a certain age, all Black men become gay because Black women are difficult,' and questioned why Black women wear wigs. These statements were made in front of another employee who agreed.

15. Mr. James consistently raised concerns about the work environment, pay practices, and lack of career advancement to Mr. Jones and William Espinosa.

16. On October 9, 2023, Plaintiff raised broader concerns to Mr. Jones regarding his stagnant role, lack of promotional opportunities, pay inequities, and the dealership's culture of exclusion toward Black employees.

17. On October 19, 2023, Plaintiff informed Will that a prospective customer explicitly refused to work with him due to his race. The customer was reassigned to another (non-Black) employee, and management took no remedial steps to protect Plaintiff or address the incident.

18. In November 2023, Mr. James was the subject of multiple racially offensive remarks from a prospective customer, Mr. John Schilling, including being called a 'Black leg.' Mr. Jones was aware and present during some of these interactions.

19. In a recorded conversation prior to vehicle delivery, Mr. Jones spoke with the customer and told him he would be sending Mr. James to his home. Mr. Schilling replied that he did not have a jar of snakes, rats, or roaches to put Mr. James's photo in.

20. Despite knowledge of this racial animus, Mr. Jones assigned Mr. James and another Black employee to deliver the vehicle on December 2, 2023. During the delivery, Mr. Schilling threatened to 'shoot, hang, and bury' Mr. James and his coworker.

21. Mr. James immediately reported the incident to Mr. Jones and Mr. Espinosa and was met with laughter. Mr. Jones told Mr. James that Mr. Schilling would no longer be serviced.

22. After the delivery, Mr. Jones received another call from Mr. Schilling, during which Mr. Jones joked about the incident and referenced news reporter Lee Zurik, implying Plaintiff might escalate the matter publicly.

23. At the time, Plaintiff had not filed an HR complaint or contacted the media.

24. On December 5, 2023, Mr. James reported the matter to HR. He also informed HR he observed use of racial slurs, including the 'N-word', among employees. No disciplinary action was taken.

25. On December 18 and 28, he submitted detailed complaints and disclosed the existence of recordings between Mr. Schilling and Mr. Jones.

26. An HR investigation was opened but failed to yield corrective action.

27. On January 4, 2024, HR informed Mr. James that Mr. Schilling's service could not be revoked.

28. After filing an EEOC complaint on January 12, 2024, it became evident that management and coworkers were aware of Plaintiff's protected activity experienced increased retaliation: leads were removed from his name, assistance was withheld, and his managers became overtly hostile.

29. At the dealership's 2023 holiday celebration, Mr. James—despite his strong sales performance—was conspicuously not recognized. Other employees with lesser performance records were acknowledged, reinforcing the sense of retaliatory ostracism he experienced.

30. On January 24, 2024, Baldwin sent a formal letter to Mr. Schilling stating he was barred from the premises, several weeks after service continued and post-incident jokes occurred.

31. On February 1, 2024, Plaintiff complained to Mr. Jones about inequitable deal-splitting practices

32. On February 5, 2024, Plaintiff resigned under duress. On February 15, 2024, he confirmed in writing that his resignation was due to the racially hostile and retaliatory environment that Baldwin refused to correct.

**V. CAUSES OF ACTION**

Count 1: Race Discrimination – Title VII and 42 U.S.C. § 1981

Count 2: Hostile Work Environment – Title VII and La. R.S. 23:301 et seq.

Count 3: Retaliation – Title VII and 42 U.S.C. § 1981

Count 4: Constructive Discharge – All Claims

Count 5: Intentional Infliction of Emotional Distress

Count 6: Violation of Louisiana Employment Discrimination Law (La. R.S. 23:301 et seq.)

**VI. DAMAGES**

Plaintiff requests damages as follows:

a.  Back pay and benefits;

b.  Front pay and diminished future earnings;

c.  Emotional distress and reputational harm;

d.  Punitive damages under federal law;

e.  Attorney's fees and litigation costs;

f.  Injunctive relief including anti-discrimination policy enforcement; and

g.  All general and equitable relief under the circumstances.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant for all compensatory and punitive damages allowed by law, attorney's fees and costs, equitable relief, and such additional relief as justice may require.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

s/Natalie Blackman

Natalie Blackman
Bar Roll No. 35662
8550 United Plaza Blvd, Suite 702
Baton Ruge, LA 70809
Phone: 318-639-4529
Fax: (888)463-4952
Email: justice@natalieblackmanattorney.com